John E. Traeger, Sheriff, for use of M. L. Greenwald, Appellee, v. C. B. Shaffner and Joseph M. Levee, Appellants.

Gen. No. 23,308.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. OSCAR M. TORRISON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed January 30, 1918.

## Statement of the Case.

Action on a replevin bond by John E. Traeger, sheriff, for use of M. L. Greenwald, plaintiff, against C. B. Shaffner and Joseph M. Levee, defendants. From a judgment for plaintiff for $400, defendants appeal.

B. M. SHAFFNER, for appellants.

PEDEN, KAHN & MURPHY and R. C. MERRICK, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

1. TRIAL, § 25*—*when motion to strike case from short-cause calendar made too late.* A motion to strike a cause from the short-cause calendar on the ground that it was not placed there on an affidavit but on a certificate of plaintiff's counsel comes too late when not made until the case is reached for trial.

2. TRIAL, § 22*—*when motion to strike case from short-cause calendar properly denied.* The mere fact that a jury is impaneled in a case on the short-cause calendar on one day, and a verdict was not returned until the following day, does not show that a motion to strike the case from the short-cause calendar was improperly denied.